# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RASHAD M. WILLIAMS, | ) |
| | ) No. 2:23-cv-01235-RJC-RAL |
| Plaintiff, | ) |
| | ) |
| vs. | ) Judge Robert J. Colville |
| | ) Magistrate Judge Richard A. Lanzillo |
| JOHN E. WETZEL, FORMER SEC. PA. DEPT OF CORR.; GEORGE LITTLE, FORMER SEC. PA. DEPT OF CORR.; LAUREL R. HARRY, SEC. PA'S DOCS; ERIC T. ARMEL, FORMER SUPERINTENDENT, SCIF; TINA WALKER, SUPERINTENDENT SCIFAYETTE; JOSEPH TREMPUS, FORMER DEPUTY SUPT.; MICHAEL TKACS, MARTIN SWITZER, DEPUTY SUPT. C/S; JOSHUA POSKA, MAJOR OF GUARD; MIKE HOWARD, F-BLOCK UNIT MANG.; CAPTAIN NEWMAN, B. A. KING, SERGEANT; CEKADA, CORRECTION OFFICER; ROBERT HAWKINBERRY, MAJOR OF UNIT MANG.; DEBRA HAWKINBERRY, CORRECTIONS CLASSIFICATION PROGRAM MANG.; JOHN DOE 1, RESTRICTED HOUSING UNIT C/O; JOHN DOE 2, RESTRICTED HOUSING UNIT C/O; JOHN DOE 3, RESTRICTED HOUSING UNIT LIEUTENANT; HALKIAS, CORRECTION OFFICER; B. RUDZIEWSKI, HEARING EXAMINER; WINKLEMAN, CORRECTION OFFICER; PEACHECK, CORRECTION OFFICER; LOIS ALLEN, M. BROWN, CORRECTION OFFICER; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER OF COURT**

1

Before the Court is Plaintiff's Motion for a Temporary Restraining Order/Preliminary Injunction. ECF No. 44. On April 11, 2024, the Honorable Cynthia Reed Eddy issued a Report and Recommendation (ECF No. 49) in which she recommended that Plaintiff's Motion be denied. Objections to Judge Eddy's Report and Recommendation were due by April 29, 2024. No objections were filed, and the matter is now ripe for disposition.

The district court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(C); *see also Henderson v. Carlson*, 812 F.2d 874, 877 (3d Cir. 1987). This Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The district court judge may also recommit the matter to the magistrate judge with instructions.

Upon review of the April 11, 2024 Report and Recommendation and the relevant briefing, as well as a review of the entire record in this matter, the Court agrees with the well-reasoned analysis set forth in Judge Eddy's Report and Recommendation. Therefore, the Court will adopt the Report and Recommendation and deny Plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction. As such, the following order is entered:

IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction (ECF No. 44) be DENIED;

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 49) of Judge Eddy dated April 11, 2024, is ADOPTED as the Opinion of the Court.

BY THE COURT:

/s/ *Robert J. Colville*
Robert J. Colville
United States District Judge

Dated: May 6, 2024

cc: The Honorable Richard A. Lanzillo
United States Magistrate Judge

Rashad M. Williams
QC3320
SCI FAYETTE
50 Overlook Drive
LaBelle, PA 15450

All counsel of record via CM/ECF